UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Kenwood Bright, #273013, ) | C/A No. 5:12-3371-CMC-KDW | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | ORDER | |
| Dewayne Monroe; and Susan Duffy, ) | | |
| ) | | |
| ) | | |
| Defendants. ) | | |
| ) | | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This matter is before the court on Plaintiff's Motion to Compel filed on May 20, 2013. ECF No. 35. Defendants filed a response opposing Plaintiff's motion on May 21, 2013. ECF No. 36. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Local Rule 73.02(B)(2)(d), D.S.C., this magistrate judge is authorized to review all pretrial matters in cases filed under 42 U.S.C. § 1983.

Plaintiff's motion asks the court to compel Defendants to answer "interrogatories 1-7" which Plaintiff contends he served on April 10, 2013. ECF No. 35. Plaintiff argues that he has not yet received the Defendants' response to his discovery requests. *Id.* Plaintiff also requests $1,000 as reasonable expenses related to obtaining his requested relief. *Id.* Defendants oppose Plaintiff's Motion to Compel arguing that they received Plaintiff's discovery requests on April 15, 2013 and mailed their responses to Plaintiff on May 15, 2013. ECF No. 36. Plaintiff has not responded to Defendants' assertion that they timely responded to Plaintiff's discovery requests. As it appears that Defendants have fully responded to Plaintiff's discovery requests, Plaintiff's Motion to Compel, ECF No. 35, is denied.

IT IS SO ORDERED.

June 13, 2013  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge