**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| Kenwood Bright, | ) | C/A No. 5:12-cv-3371 DCN |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dewayne Monroe, Susan Duffy, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

The above referenced case is before this court upon the magistrate judge's recommen-

dation that defendants' Motion for Summary Judgment be granted

This court is charged with conducting a <u>de novo</u> review of any portion of the magis-

trate judge's report to which a specific objection is registered, and may accept, reject, or

modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

636(b)(1).   However, absent prompt objection by a dissatisfied party, it appears that Congress

did not intend for the district court to review the factual and legal conclusions of the magis-

trate judge. <u>Thomas v Arn</u>, 474 U.S. 140 (1985).  Additionally, any party who fails to file

timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1)

waives the right to raise those objections at the appellate court level. <u>United States v.</u>

<u>Schronce</u>, 727 F.2d 91 (4th Cir. 1984), <u>cert.</u> <u>denied</u>, 467 U.S. 1208 (1984 ).[1]  **No objections**

---

[1]In <u>Wright v. Collins</u>, 766 F.2d 841 (4th Cir. 1985), the court held "that a <u>pro</u> <u>se</u> litigant must receive fair notification of the <u>consequences</u> of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal.  The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" <u>Id.</u> at 846.  Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the <u>consequences</u> at the appellate level of his failure to object to the magistrate judge's report.

**have been filed to the magistrate judge's report and recommendation.**

A <u>de novo</u> review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  Accordingly, the magistrate judge's report and recommendation is **AFFIRMED**, and defendants' Motion for Summary Judgment is **GRANTED.**

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

November 13, 2013
Charleston, South Carolina

**NOTICE OF RIGHT TO APPEAL**
The parties are hereby notified that any  right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure.